UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA,<br><br>       Plaintiff,<br><br>-against-<br><br>JOHN DOE AKA "KEVIN MCFREE,"<br><br>       Defendant. | Civil Action No. 7:21-cv-04155<br><br>CERTIFICATE OF SERVICE |

    I CERTIFY that on February 14, 2022, I caused a true and correct copy of the Order Granting the Request for a Pre-Motion Conference entered on the docket as docket entry # 16 and attached hereto to be emailed to the Defendant at the email address kevinmcfree@gmail.com.

Dated: New York, New York
    February 14, 2022
                  COWAN, LIEBOWITZ & LATMAN, P.C.

                  By: <u>Eric J. Shimanoff</u>
                  Eric J. Shimanoff (ejs@cll.com)
                  Kieran G. Doyle (kgd@cll.com)
                  Joelle A. Milov (jam@cll.com)
                  114 West 47th Street
                  New York, NY 10036
                  (212) 790-9200

                  Paul D. Polidoro (ppolidor@jw.org)
                  Watch Tower Bible and Tract Society
                  of Pennsylvania
                  100 Watchtower Drive
                  Patterson, NY 12563
                  (845) 306-1000

                  *Attorneys for Plaintiff Watch Tower Bible and Tract Society of Pennsylvania*

| From: | NYSD_ECF_Pool@nysd.uscourts.gov |
|---|---|
| To: | CourtMail@nysd.uscourts.gov |
| Subject: | Activity in Case 7:21-cv-04155-CS Watch Tower Bible and Tract Society of Pennsylvania v. Doe Order on Motion for Conference |
| Date: | Monday, February 14, 2022 3:02:11 PM |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

U.S. District Court

Southern District of New York

## Notice of Electronic Filing

The following transaction was entered on 2/14/2022 at 3:01 PM EST and filed on 2/14/2022
**Case Name:** Watch Tower Bible and Tract Society of Pennsylvania v. Doe
**Case Number:** 7:21-cv-04155-CS
**Filer:**
**Document Number:** 16(No document attached)

**Docket Text:**
**ORDER granting [15] Letter Motion for Conference: Telephonic Pre-Motion Conference set for 3/11/22 at 10:00 am. Defendant may state his position, by letter of no more than 3 pages, no later than 3/4/22. Plaintiff shall convey a copy of this text order to Plaintiff by email no later than 2/15/22. (HEREBY ORDERED by Judge Cathy Seibel)(Text Only Order) (Seibel, Cathy)**


**7:21-cv-04155-CS Notice has been electronically mailed to:**

Eric Joseph Shimanoff     ejs@cll.com, ecf@cll.com

**7:21-cv-04155-CS Notice has been delivered by other means to:**