Paul Alan Levy PL5751
Public Citizen Litigation Group
1600 20th Street NW
Washington, D.C. 20009
(202) 588-7725
plevy@citizen.org

Attorney for John Doe a/k/a "Kevin McFree"

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, </br></br>    Plaintiff,</br></br> v. </br></br> JOHN DOE A/K/A "KEVIN McFREE", </br></br>    Defendant. | Case No. 7:21-cv-4155 (CS) |

**SPECIAL APPEARANCE OF PRO BONO COUNSEL**

To: The clerk of court and all parties of record:

I am admitted to practice in this Court, and without waiving defendant's objections to lack of service and lack of personal jurisdiction, I appear specially for John Doe a/k/a "Kevin McFree" to object to plaintiff's request for issuance of a summons that does not contain defendant's correct name and for leave to serve that summons by email, and for such additional purposes as may be required.

          /s/ Paul Alan Levy
          Paul Alan Levy (PL 5751)
           Public Citizen Litigation Group
           1600 20th Street NW
           Washington, D.C. 20009
           (202) 588-7725
           plevy@citizen.org

           Attorney for John Doe a/k/a
March 2, 2022            "Kevin McFree"