AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| Watch Tower Bible and Tract Society of Pennsylvani | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  7:21-cv-4155(CS) |
| John Doe a/k/a "Kevin McFree" | ) | |
| *Defendant* | ) | |

**SPECIAL APPEARANCE OF PRO BONO COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

I appear specially for John Doe a/k/a "Kevin McFree" to object to plaintiff's request for issuance of a summons that does not contain defendant's correct name and for leave to serve the summons by email, and for such additional purposes as may be required.

Date:     03/02/2022

/s/ Malcolm Seymour
*Attorney's signature*

Malcolm Seymour (MS-3107)
*Printed name and bar number*

Foster Garvey P.C.
100 Wall Street, 20th Floor
New York, New York 10005
*Address*

malcolm.seymour@foster.com
*E-mail address*

(212) 965-4533
*Telephone number*

(212) 334-1278
*FAX number*