**EXHIBIT B**

| Event | Deadline |
|---|---|
| Plaintiff to serve the subpoena on Google. | 14 days after the Court grants the motion to serve the subpoena on Google. |
| Defendant to file a motion to quash the subpoena on Google. | 60 days after Plaintiff serves the subpoena on Google. |
| Plaintiff to file opposition papers to the motion to quash the subpoena on Google. | 60 days after Defendant files the motion to quash the subpoena on Google.<br><br>However, if Plaintiff seeks leave for expedited discovery on Defendant:<br><br>(1) the deadline shall be tolled until:<br><br>    (a) if the motion is granted, 30 days after the completion of such discovery, or<br><br>    (b) if the motion is denied, 30 days after such denial; and<br><br>(2) the following briefing schedule shall apply:<br><br>    (a) Within 30 days after Defendant files a motion to quash the subpoena on Google, Plaintiff shall file any motion for expedited discovery (or, if required by the Court, Plaintiff shall file a pre-motion letter concerning any potential motion for expedited discovery on Defendant pursuant to Rule 2.A. of Your Honor's Individual Rules of Practice);<br><br>    (b) Within 30 days after Plaintiff files its motion for expedited discovery on Defendant, Defendant shall file opposition papers thereto; and<br><br>    (c) Within 15 days after Defendant files its opposition papers in response to Plaintiff's motion for expedited discovery on Defendant, Plaintiff shall file reply papers thereto. |
| Defendant to file reply papers in further support of motion to quash the subpoena on Google | 60 days after Plaintiff files opposition papers to the motion to quash subpoena on Google |

31653/003/4027898