UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA,

               Plaintiff,

-against-

JOHN DOE AKA "KEVIN MCFREE,"

               Defendant.

Civil Action No. 7:21-cv-04155

**STIPULATION OF DISMISSAL WITH PREJUDICE**

---

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel, that the above-captioned action be, and hereby is, dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear their own attorneys' fees and costs.

| | |
|---|---|
| COWAN, LIEBOWITZ & LATMAN, P.C. | PUBLIC CITIZEN LITIGATION GROUP |
| By: _____ <br> Eric J. Shimanoff | By: _____ <br> Paul Alan Levy |
| 114 West 47th Street <br> New York, New York 10036 <br> (212) 790-9200 <br> ejs@cll.com <br> *Attorneys for Plaintiff* | 1600 20th Street, NW <br> Washington, D.C. 20009 <br> (202) 588-7725 <br> plevy@citizen.org <br> *Attorneys for Defendant* |
| Date: May 11, 2022 | Date: May 11, 2022 |

31653/003/4053332