AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| Register of Copyrights<br>U.S. Copyright Office<br>101 Independence Ave. S.E.<br>Washington, D.C. 20559-6000 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION   ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO.: 7:21-cv-4155 | U.S. District Court for the Southern District of New York |
| DATE FILED: 5/10/2021 | 500 Pearl Street, NY NY 10007 |

| PLAINTIFF | DEFENDANT |
|---|---|
| WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA | JOHN DOE AKA "KEVIN MCFREE" |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|---|
| 1 | PA0002131662 | Never Alone | Watch Tower Bible and Tract Soc. |
| 2 | PA0002131659 | Allan Boyle: Deep Study for a Clearer Picture | Watch Tower Bible and Tract Soc. |
| 3 | PA0002131853 | Keep a Tight Grip—Through Effective Personal Study | Watch Tower Bible and Tract Soc. |
| 4 | PA0002131665 | Mark Noumair: Keep "a Tight Grip on the Word of Life | Watch Tower Bible and Tract Soc. |
| 5 | PA0002132168 | Watch Tower Videos | Watch Tower Bible and Tract Soc. |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order   ☐ Judgment | ☐ Yes   ☐ No | |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Ruby J. Krajick | /S/ N.Dulal | 05/12/2022 |

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA,<br><br>　　　　　　　　　　Plaintiff,<br><br>-against-<br><br>JOHN DOE AKA "KEVIN MCFREE,"<br><br>　　　　　　　　　　Defendant. | Civil Action No. 7:21-cv-04155<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel, that the above-captioned action be, and hereby is, dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear their own attorneys' fees and costs.

COWAN, LIEBOWITZ & LATMAN, P.C.

By: _____
　　　Eric J. Shimanoff

114 West 47th Street
New York, New York 10036
(212) 790-9200
ejs@cll.com
*Attorneys for Plaintiff*

Date: May 11, 2022

PUBLIC CITIZEN LITIGATION GROUP

By: _____
　　　Paul Alan Levy

1600 20th Street, NW
Washington, D.C. 20009
(202) 588-7725
plevy@citizen.org
*Attorneys for Defendant*

Date: May 11, 2022

31653/003/4053332